THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS LOMMA, and J.L., a Minor, :
by ANTHONY LOMMA, Guardian :
:
:
Plaintiffs, :
v. : 3:16-CV-2396
: (JUDGE MARIANI)
OHIO NATIONAL LIFE ASSURANCE :
CORPORATION, and OHIO NATIONAL :
LIFE INSURANCE COMPANY, :
:
Defendants. :

## ORDER

AND NOW, THIS 28th DAY OF JUNE, 2018, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. 29) and Defendants' Motion for Summary Judgment (Doc. 31), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Summary Judgment (Doc. 29) is **GRANTED IN PART** with respect to Plaintiffs' breach of contract claim (Count I of Plaintiffs' Complaint). Judgment is hereby entered **IN FAVOR** of Plaintiffs and **AGAINST** Defendants on Count I.

2. Plaintiffs' Motion for Summary Judgment (Doc. 29) is **DENIED** in all other respects.

3. Defendants' Motion for Summary Judgment (Doc. 31) is **GRANTED IN PART** with respect to Plaintiffs' breach of implied covenant of good faith and fair dealing claim and statutory bad faith claim (Counts IV and V of Plaintiffs' Complaint). Judgment is

hereby entered **IN FAVOR** of Defendants and **AGAINST** Plaintiffs on Counts IV and V.

4. Defendants' Motion for Summary Judgment (Doc. 31) is **DENIED** in all other respects.

5. Plaintiff's Motion to Strike the Answer to Complaint (Doc. 41) is **DISMISSED** as moot.

6. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge