IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS LOMMA, et al.,

        Plaintiffs,

v.

OHIO NATIONAL LIFE ASSURANCE
CORPORATION, et al.,

        Defendants.

3:16-CV-2396
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF FEBRUARY 2021, upon consideration of the Third Circuit Court of Appeals' remand of the above-captioned matter to this Court for further proceedings, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Strike Defendants' Answer to Complaint (Doc. 41) is **DENIED**.

2. Defendant's Motion for Summary Judgment on Plaintiffs' breach of contract claim (Doc. 31) is **GRANTED**.

3. Judgment is entered in **FAVOR** of Defendants Ohio National Assurance Corporation and Ohio National Life Insurance Company and **AGAINST** Plaintiffs Nicholas Lomma and minor J.L.

4. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge